IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISON

IN RE:  Opie Russell Hall and Tammy Marie Hall                CASE NO:    3:21-bk-11389 J

Chapter 13

## CHAPTER 13 ORDER TO MODIFY PLAN AND TO PROVIDE DOCUMENTATION

Before the court is the Objection to Confirmation of Plan, Docket Entry [23], filed on 08/11/2021 by the Trustee. The Objection was set for hearing on 09/14/2021. Prior to the hearing, the objection was settled, and a hearing was not necessary.

For cause shown, the court finds that the Objection to Confirmation is sustained. The debtors are hereby granted 21 days from the date of this Order to file a modification to the plan and to provide documentation, amended attorney fee application, regarding the plan. Failure to file the modification and submit the documentation within the time described in this Order may result in dismissal of the case without further notice or hearing.

IT IS SO ORDERED.

/s/  Phyllis M. Jones
Phyllis M. Jones
U.S. Bankruptcy Judge

Date:    September 14, 2021

cc:  Mark T. McCarty, Trustee

Mike Deloache P.A.    (Noticed by ECF)
512 West Washington Ave
Jonesboro, AR  72401

Opie Russell Hall and Tammy Marie Hall
207 Dogwood St.
Lake City, AR  72437