UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISON

In Re:   OPIE RUSSELL HALL and TAMMY MARIE HALL

Case No:   3:21-bk-11389 J
Chapter 13

## SUMMARY NOTICE OF CLAIMS FILED

Pursuant to an examination of the proofs of claims filed in this case, Mark T. McCarty, Chapter 13 Standing Trustee, provides this Summary Notice of Claims Filed for claims filed on or before the date of this notice. This Notice is provided to the Debtor and the Debtor's attorney and is filed with the U.S. Bankruptcy Court.

In this Notice, the classification of each claim (e.g. priority, secured or unsecured) is listed. "Claim Not filed" denotes a debt disclosed in the Debtor's bankruptcy schedules for which no proof of claim has been filed. Non priority claims filed that are not listed in the Debtor's bankruptcy schedules are described as "unlisted." If a creditor files a priority claim, it is listed as priority whether or not scheduled.

Pursuant to 11 U.S.C. Sections 501 and 502 and Federal Rule of Bankruptcy Procedure 3007, a claim or interest for which a proof of claim is filed, is deemed allowed unless the Debtor or a party-in-interest objects to the claim and obtains an order modifying or disallowing the claim as filed. If no order is entered which modifies or disallows a claim, each of the claims noted below will be paid as filed, subject to the terms of the confirmed plan and the United States Bankruptcy Code.

This Notice is a summary only of the proofs of claims filed with the United States Bankruptcy Court and is not intended as legal advice on any issue regarding the claims including, without limitation: (1) the accuracy of the claim; (2) the underlying obligation; or (3) the treatment of the filed claim in the plan. Filing of this Notice is not a waiver of the Trustee's rights to seek allowance, disallowance or determination of status of any claim pursuant to the Bankruptcy Code or the Federal Rules of Bankruptcy Procedures.

Dated: 11/8/2021

/s/   Mark T. McCarty
CHAPTER 13 TRUSTEE

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| ALLTRAN FINANCIAL<br>PO BOX 722929<br>HOUSTON, TX  77272 | | Notice Only (Z)<br>Account No:<br>Comment  :   CITIBK | |
| BANK OF AMERICA<br>P O BOX 15102<br>WILMINGTON, DE  19886-5102 | $5,315.91 | Unsecured (H)<br>Account No:  5162<br>Comment  : | Pro-Rata |
| CAPITAL ONE BANK USA<br>BY AMERICAN INFOSOURCE<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $2,572.56 | Unsecured (H)<br>Account No:  9223<br>Comment  : | Pro-Rata |
| CAPITAL ONE BANK USA<br>BY AMERICAN INFOSOURCE<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $4,399.70 | Unsecured (H)<br>Account No:  9454<br>Comment  : | Pro-Rata |
| COMMERCE BANK<br>PO BOX 419248<br>MAILSTOP: KCREC-10<br>KANSAS CITY, MO  64141 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:  5849<br>Comment  : | |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH 43054-3025 | $23,010.63 | Unsecured (H)<br>Account No: 9567<br>Comment : | Pro-Rata |
| EDFINANCIAL<br>US DEPT OF EDUCATION<br>P O BOX 4830<br>PORTLAND, OR 97208-4830 | $31,677.87 | Unsecured - Non-Dischargeable Debt (L)<br>Account No: 5401<br>Comment : | Pro-Rata |
| EDFINANCIAL SERVICES<br>ATTN: BANKRUPTCY<br>PO BOX 36008<br>KNOXVILLE, TN 37930 | $0.00 | Unsecured - Non-Dischargeable Debt (L)<br>Account No: 7824<br>Comment : SEE CLAIM#13 | |
| EDFINANCIAL SERVICES<br>ATTN: BANKRUPTCY<br>PO BOX 36008<br>KNOXVILLE, TN 37930 | $0.00 | Unsecured - Non-Dischargeable Debt (L)<br>Account No: 0324<br>Comment : SEE CLAIM#13 | |
| EDFINANCIAL SERVICES<br>ATTN: BANKRUPTCY<br>PO BOX 36008<br>KNOXVILLE, TN 37930 | $0.00 | Unsecured - Non-Dischargeable Debt (L)<br>Account No: 1124<br>Comment : SEE CLAIM#13 | |
| EDFINANCIAL SERVICES<br>ATTN: BANKRUPTCY<br>PO BOX 36008<br>KNOXVILLE, TN 37930 | $0.00 | Unsecured - Non-Dischargeable Debt (L)<br>Account No: 1224<br>Comment : SEE CLAIM#13 | |
| FINANCIAL RECOVERY SERVICES<br>PO BOX 385908<br>MINNEAPOLIS, MN 55438 | | Notice Only (Z)<br>Account No:<br>Comment : DISCOVER FIN | |
| GAMACHE & MYERS, P.C.<br>1000 CAMERA AVE. STE. A<br>SAINT LOUIS, MO 63126 | | Notice Only (Z)<br>Account No:<br>Comment : COMMERCE BK | |
| Hood & Stacy, P.A.<br>216 N. Main St.<br>Bentonville, AR 72712 | | Notice Only (Z)<br>Account No:<br>Comment : CITIBK | |
| IKRAM KURESHI MD<br>P O BOX 913418<br>SHERMAN, TX 75091-3418 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No: 4941<br>Comment : | |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE 19850 | $1,538.44 | Unsecured (H)<br>Account No: 5420<br>Comment : | Pro-Rata |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE 19850 | $14,244.37 | Unsecured (H)<br>Account No: 6932<br>Comment : | Pro-Rata |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE 19850 | $899.53 | Unsecured (H)<br>Account No: 4264<br>Comment : | Pro-Rata |
| LVNV FUNDING LLC<br>C/O RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC 29603-0587 | $9,049.51 | Unsecured (H)<br>Account No: 5199<br>Comment : CITI | Pro-Rata |
| LVNV FUNDING LLC<br>C/O RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC 29603-0587 | $9,280.24 | Unsecured (H)<br>Account No: 2286<br>Comment : CITI | Pro-Rata |
| LVNV FUNDING LLC<br>C/O RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC 29603-0587 | $7,042.81 | Unsecured (H)<br>Account No: 8508<br>Comment : CITI | Pro-Rata |
| LVNV FUNDING LLC<br>C/O RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC 29603-0587 | $12,374.86 | Unsecured - Unlisted (U)<br>Account No: 4841<br>Comment : CITIBANK | Pro-Rata |
| MIKE DELOACHE P.A.<br>512 WEST WASHINGTON AVE<br>JONESBORO, AR 72401 | $4,437.50 | Attorney Fee - Initial<br>Account No:<br>Comment : | 100.00 |
| PERFORMANCE FINANCE<br>WAYFINDER BK<br>P O BOX 51580 BIN #51580<br>LOS ANGELES, CA 90051-5880 | $11,000.00 | Secured (F)<br>Account No: 8658<br>Comment : 2019 POLARIS RAZOR   -PERFORMA<br>Monthly Payment:  $212.66 | 100.00 |
| PERFORMANCE FINANCE<br>WAYFINDER BK<br>P O BOX 51580 BIN #51580<br>LOS ANGELES, CA 90051-5880 | $3,138.61 | Unsecured (H)<br>Account No: 8658<br>Comment : Split Claim 2019 POLARIS RAZOR   -P | Pro-Rata |
| REGIONAL ACCEPTANCE CORPORATIC<br>BANKRUPTCY SECTION/ 100-50-01-51<br>P O BOX 1847<br>WILSON, NC 27894-1847 | $39,051.17 | Secured Non 506 - Vehicle<br>Account No: 4720<br>Comment : 2022 HONDA ODESSEY<br>Monthly Payment:  $763.53 | 100.00 |
| REGIONS BANK<br>P O BOX 11407<br>BIRMINGHAM, AL 35246 | $20,100.00 | Secured - Vehicle (F)<br>Account No: 4155<br>Comment : 2017 DODGE RAM<br>Monthly Payment:  $467.29 | 100.00 |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| REGIONS BANK<br>P O BOX 11407<br>BIRMINGHAM, AL  35246 | $4,997.15 | Unsecured (H)<br>Account No:  4155<br>Comment  :  Split Claim 2017 DODGE RAM | Pro-Rata |
| ROADRUNNER FINANCIAL INC<br>ROADRUNNER ACCT SERVICES LLC<br>P O BOX 6506<br>CAROL STREAM, IL  60197 | $8,693.74 | Secured (F)<br>Account No:  8215<br>Comment  :  2019 POLARIS SPORTSMAN ATV  Mod<br>Monthly Payment:    $168.10 | 100.00 |
| SYNCHRONY BANK<br>PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $2,463.18 | Unsecured (H)<br>Account No:  1842<br>Comment  : | Pro-Rata |
| SYNCHRONY BANK<br>PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $8,594.82 | Unsecured (H)<br>Account No:  6309<br>Comment  :  LOWE'S | Pro-Rata |

CC:   OPIE RUSSELL HALL and
      TAMMY MARIE HALL
      207 Dogwood St.
      Lake City, AR  72437

      MIKE DELOACHE P.A.   (Noticed by ECF )
      512 WEST WASHINGTON AVE
      JONESBORO, AR  72401